UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER ROBERT NOLAND,

                    Plaintiff,

        v.

TRIA BEAUTY INC, THE BEAUTY
TECH GROUP PLC, THE BEAUTY TECH
GROUP LLC *doing business as*
CURRENTBODYUS,

                    Defendants.

CASE NO. **2:26-cv-01700-LK**

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 19th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1